# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Marie Valme, <br><br> Plaintiff, <br> v. <br><br> Monarch Recovery Management, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 1:10-cv-07717 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 3, 2011

                                                    Respectfully submitted,

                                                    By /s/Tali K. Albukerk

                                                    Tali Albukerk, Esq.
                                                    LEMBERG & ASSOCIATES L.L.C.
                                                    1100 Summer Street, 3rd Floor
                                                    Stamford, CT 06905
                                                    Telephone: (708) 524-1944
                                                    Facsimile: (877) 795-3666
                                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Tali Albukerk

      Tali Albukerk